Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the

_____ District of _____

_____ Division

Case No. _____
*(to be filled in by the Clerk's Office)*

**Denver Fenton Allen, esq.**
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

**World Class action on 7 continents.**
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

[Handwritten notes in right margin:]
Montgomery + Johns & dog
all any on 18 sept
School + porno + 18um
Jackson put chert mr mssg
Gabriel on smurf 18 cam
a brown mule school + dog
cp

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

**NOTICE**

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

Notary Public

*Denver Allen*
D. Allen, esq.

Page 1 of 11

-prev loss. DA 6/2/24   I doc up on ST Joe

Today doc no bm several prisoners evident cn Nsht up pemp on full S caso 10 nw shut 4 hour attmany meds. I took 2 hours Ib. I new doc as totally beat n chair under (but Pm mess. got out un shot bn mo Howard. I also chr LOPS clog at southm cbart Johnn nw i 2417 cs take 16 will dwl got a 34,000 pg. loss un secu + aduhr Got l tarowu to HVC zurent crus mubin syf... strikly prcpme th ceapsse 307 2bass ad obeary + r an sl

+ on 9/29/09 on the prisprim #214 wit say bec long NYSH tonght and beat n door #205 call achild moli + yu chrll with him  I wrlt b doc us #214 #115 #205 wrlt to dos and n IC say try ismol i + by i bulle so Sh nt bere n mnvrn nt col hopmls fb' nos csn gnee cshot yu her hm Stuborvt i hry 40 mn ty Fw camsred smuoh on 40 c5) but what yu set IV i nlet r he nvrl nw i he u nt I shw soutony blur powr bitch whor those pills at bitch